IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Darrell Stamper, | C/A No: 7:18-cv-01407-DCC-KFM |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| Medicredit, Inc., | WITH PREJUDICE |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Pro Se Plaintiff Darrell Stamper and Defendant Medicredit, Inc., through its undersigned counsel, that the above-captioned action is dismissed with prejudice under Fed.R.Civ.P. 41. Each party shall bear its own attorney fees and costs.

DATED this 10th day of July 2019.

By: _____
Darrell Stamper
darrelkstamper93@gmail.com
300 Marion Ave
Gaffney, SC 29341

**Pro Se Plaintiff**

By: *s/ Robert L. Brown*
Robert L. Brown, DCID #10255
Willson Jones Carter & Baxley, P.A.
Email: rlbrown@wjlaw.net
3600 Forest Drive, Suite 204
Columbia, SC 29204
(803) 509-8071(phone)
(803) 782-2527(fax)
**Counsel for Medicredit, Inc.**